UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
**FILED**
**04/21/05**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

drh

In re )
**Edward S Zeissler** ) Case No. **04-26835-D-13L**
**Sonia J. Zeissler** )
)
)
)
**Debtor(s)** )
_____ )

### ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above-entitled case be and the same is hereby closed.

Dated: **04/21/05**　　　　　　　　　　FOR THE COURT

RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT

By: _____
　　　　Deputy Clerk

EDC 6-632 (Rev. 11/7/00)

39